UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>M. BRADY, et al.<br><br>      Defendants. | Civil Action No.: 14-4310 (PGS)<br><br>ORDER |

  A Report and Recommendation was filed on January 27, 2017 recommending that this Court case be dismissed with prejudice based on Plaintiff's failure to comply with Magistrate Judge Bongiovanni's Order "directing Plaintiff to file an Amended Complaint regarding the 'as applied' First Amendment claim that survived the Third Circuit's appellate review."

  The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing ;

  It is, on this 27th day of February, 2017;

  ORDERED that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 35 is hereby adopted as the opinion of the Court; and it is further

  ORDERED that Plaintiff's Complaint is dismissed with prejudice for Plaintiff's non-compliance with his obligations under the Federal Rules of Civil Procedure and failure to prosecute this matter.

                _____
                PETER G. SHERIDAN, U.S.D.J.